UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

STAN DENNISON, an individual, d.b.a.
STA-NATURAL, and NATURE'S TREAT, LLC,
an Oklahoma limited liability company,

**Plaintiff,**

v.                                          Civil No. 07-6360-AA

DAN ANGIER, an individual, and
JODY MAY, an individual, jointly
d.b.a. Sta-Natural.Com and hlpnatural.com,

**Defendants.**

_____

# JUDGMENT

This action is dismissed.

Dated: May 21, 2008.

SHERYL MC CONNELL, CLERK

by:    /s/ Leslie Engdall
       Leslie Engdall, Deputy

**JUDGMENT**                              **DOCUMENT NO:** _____