FILED'08 MAY 27 15:18USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STAN DENNISON, an individual, d.b.a. STA-NATURAL, and NATURE'S TREAT, LLC, an Oklahoma limited liability company,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DAN ANGIER, an individual, and JODY MAY, an individual, jointly d.b.a. Sta-Natural.Com and hlpnatural.com,<br><br>    Defendants. | Civil No. 07-6360-AA<br><br>ORDER |

AIKEN, Judge:

The Opinion and Order and Judgment filed on May 21, 2008 (docs. 17 and 18 respectively) in this case are amended as to the Conclusion section only as follows:

### CONCLUSION

Plaintiffs' motion for summary judgment (doc. 10) is granted. Judgment is entered finding that defendants have

Page 1 - ORDER

infringed plaintiffs' registered trademark Sta-Natural. Plaintiffs are granted relief as requested in their complaint against defendants.

IT IS SO ORDERED.

Dated this 26 day of May 2008.

/s/ Ann Aiken
Ann Aiken
United States District Judge