IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**STAN DENNISON,** an individual, d.b.a.
STA-NATURAL, and **NATURE'S TREAT, LLC,**
an Oklahoma limited liability company,

      Plaintiffs,

                                                Civil No. 07-6360-AA

                                                **PERMANENT
INJUNCTION
ORDER**

      v.

**DAN ANGIER,** an individual, and
**JODY MAY,** individual, jointly
d.b.a. Sta-Natural.Com and hlpnatural.com,

      Defendants.

      This action came before the Court, The Hon. Ann L. Aiken presiding, on motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure submitted by the plaintiffs **STAN DENNISON** and **NATURE'S TREAT, LLC**. The issues having been duly considered a decision was duly rendered by the Court on May 20, 2008, and as amended on May 26, 2008, granting summary judgment in favor of

the plaintiffs. Accordingly, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

A.   In accordance with Rule 65 of the Federal Rules of civil Procedure, Defendants DAN ANGIER and JODY MAY and any agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Permanent Injunction by personal service or otherwise are hereby permanently restrained and enjoined from:

1. using the trademark, Sta-Natural, or any colorable imitations thereof including but not limited to StaNatural, Stay-Natural and Stay Natural;

2. using plaintiffs' address on any of defendants' products;

3. using the domain name Sta-Natural.com or registering or using, directly or indirectly, any other domain name that contains Sta or Natural either alone or together, or any colorable imitation, simulation or typographical variation of any of them, either alone or in combination with any other term, or any domain name that is confusingly similar to any of the above;

4. using plaintiffs' trade dress;

5. making in any manner whatsoever any statement or representation that is likely to lead the public to believe that either the defendants or their business is associated or connected with, approved or sponsored or licensed by or authorized or franchised by plaintiffs; and

6. any other acts which constitute unfair competition with plaintiffs.

B. Within 10 days of the date of service of this order defendants are required to deliver up for destruction all labels, signs, prints, packages, wrappers, receptacles, advertisements and all other material in their possession that use Sta-Natural or Sta Natural as well as all plates, molds, matrices, and other means for making the same.

C. Within 10 days of the date of service of this order defendants are required to transfer the domain name Sta-Natural.com to plaintiffs.

D. The defendants are required within thirty (30) days after the service of the injunction on it to file with the Court a report in writing under oath setting forth in detail the manner and form in which said defendants have complied with the injunction.

E. Profits made by defendants, damages suffered by plaintiffs, costs and attorneys fees pursuant to the Lanham Act (15 U.S.C. § 1117 (a) and (b) will be awarded to plaintiffs in an amount to be determined by the Court after submissions by the parties and a hearing if necessary.

SO ORDERED

DATED: June 12, 2008

_____
Ann Aiken
United States District Judge